The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KODEY GALE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE PARTS, INC., a foreign profit corporation doing business as AUTOZONE; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | No. 2:25-cv-00881-BHS<br><br>**STIPULATED NOTICE OF DISMISSAL *WITHOUT PREJUDICE* PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>[CLERK'S ACTION REQUIRED] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kodey Gale and Defendant AutoZone Parts, Inc. hereby stipulate to dismissal of all claims brought in this action by Plaintiff against Defendant without prejudice and without an award of costs or attorneys' fees to either party.

DATED this 7th day of October 2025.

**EMERY | REDDY, PLLC**

By: /s/ Timothy W. Emery
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106

STIPULATED NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) - 1

No. 2:25-cv-00881-BHS

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com

*Attorneys for Plaintiff*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Adam T. Pankratz*
Adam T. Pankratz, WSBA #50951
Kristofer T. Noneman, WSBA #61697
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: (206) 693-7057
Email: adam.pankratz@ogletree.com
Email: kristofer.noneman@ogletree.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/Alexandra M. Asterlin*
Alexandra M. Asterlin, CBN #221286
(admitted *pro hac vice*)
400 Capitol Mall, Suite 2800
Sacramento, CA 95814
Telephone: (916) 840-3150
Email: alexandra.asterlin@ogletree.com

*Attorneys for Defendant*

STIPULATED NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) - 2

No. 2:25-cv-00881-BHS

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

## ORDER

Based on the parties' stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby ORDERS that Plaintiff Kodey Gale's claims against Defendant AutoZone Parts, Inc. are DISMISSED WITHOUT PREJUDICE and without an award of costs or attorneys' fees to any party.

Dated this 8th day of October, 2025.

_____
U.S. DISTRICT COURT JUDGE
The Honorable Benjamin H. Settle

Presented by:

| EMERY | REDDY, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|

By: /s/ Timothy W. Emery
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com

*Attorneys for Plaintiffs*

By: /s/ Adam T. Pankratz
Adam T. Pankratz, WSBA #50951
Kristofer T. Noneman, WSBA #61697
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: (206) 693-7057
Email: adam.pankratz@ogletree.com
Email: kristofer.noneman@ogletree.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/ Alexandra M. Asterlin
Alexandra M. Asterlin, CBN #221286
(admitted *pro hac vice*)
400 Capitol Mall, Suite 2800
Sacramento, CA 95814
Telephone: (916) 840-3150
Email: alexandra.asterlin@ogletree.com

*Attorneys for Defendant*

STIPULATED NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) - 3

No. 2:25-cv-00881-BHS

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711